RECEIPT # 106 884
AMOUNT: $402.00
AUG 7 2023
CASHIER'S SIGNATURE

COMPLAIT TO ORDER A PROVISIONAL INJUCTION

Federal Matter- Intellectual Property Infringement-Copyright and Patents

Plaintiff PROSE: Evelyn Laureano Osorio, Carolina 00987, Puerto Rico

Defendants: THALES-Group Corporation, Minnesota-United States of America and France and the Government of Puerto Rico

23-1397- PAD

August 7, 2023

First, I respectfully ask to the Honorable Federal Court District 1 of Puerto Rico to Order civil injunction as your discretion, to defendant infringers for using and copy my original copyright (TXU001803905) and three parts patents (10,755,265 B1, etc.) content of Digital Identifications name: "My Personal Identification Mobile Wallet Id's: and "Officially Authorized Identification Virtual Cards" to do public announcement to the Technology Community and Governments. (Exhibit 1 and 2). Second**, I respectfully request in the provisional injunction to stop using my work and the corresponding payment from revenues without my own Summon diligence.** Thales Group before name was Safran Morpho Corporation and other corporation names, published in their own website, they are owners and working using my copyright, patents and my website concepts description and language. Thales Group have been using my original property of digital Identifications technology as one of their own businesses, including the USA and many European and Asia Countries. I got knowledge again in July 26, 2023, about their agreement of partnership to their **business of more than $3.5 billion** with other corporations for a cybersecurity plan including digital identities, which includes my ideas described in my copyright, patents, and website.



https://www.eloidinvestmenttechglobal.com

Third, <u>even with the warning letters they have continued violating the law since year 2015.</u> I wrote letters to stop using my property to Executives and attorney of Zafran Morpho Trust prior name of Thales and currently part of Thales after they change name of the corporation. **They response I am wrong that I must wait**. From Zafran they do multiple changes extending business to a new corporation named THALES with Headquarters in France. They are using and doing advertising about my copyrights and patents like they are the owners of Digital Id's (Exhibit 3,4). https://www.thalesgroup.com/en/markets/digital-identity-and-security

RECEIVED CASHIER
CLERK'S OFFICE USDC PR
2023 AUG 7 PM12:04

1

My copyright was registered in year 2012 and my patent application approved in year 2015.

**Fourth**, since 2019, I have been object of copyright and patent infringement from the government of Puerto Rico. I present enough evidence through <u>Civil Case -22-cv-1204 (WGY).</u> Defendants Government of Puerto Rico used "El Nuevo Dia" newspaper in Puerto Rico of December 2020 to do the announcement that the collect the **total quantity $38.4 million** with Cesco digital including my copyright and patents.

**I am rewriting my claim and pleading the Honorable Federal Court** the application of the Law for infringement of US Code of October 19, 1976, as Pub. L. No. 94-553, Title 17., and Infringement of Code 35, USC.,271 of the United States of America, as well the use of the Law with the injunction to protect the quantity which corresponds from revenues as a fair response to cover expenses, and damages to the Plaintiff. I have been object **of infringement for intellectual property. It is civil and criminal violation without taking into consideration the Copyright Law and neither the Patent Law neither my prior petitions because the value and price of my intellectual property and all my investment to prepare the copyright and patents.** (Exhibit 5,6). Exhibit 5 Affidavit,2016)

I pledge to the **Federal Court of Puerto Rico to consider the importance that only Puerto Rico have this copyright and patents approved by the Federal Department of Commerce and the United States Patent and Trademark Office, it is in** benefit for the society to facilitate any kind of services to the population.

Since nine (9) years, I feel along working in my intellectual property: I invest funds, dedication, prior summons cost, postal service, time, and victimization. I will be available to the Honorable Federal Court to response to any question to the best decision toward to solve my professional and personal harm, damages, and expenses status as inventor during nine (9) years since 2015. **I need a stronger Judicial resource with no more expense in summonsed, and without another horror picture in my life as former PR government employee and professor 43 years.**

I am telling the true/only the true, I believe in God and Justice.
Evelyn Laureano-Osorio, PhD, Ma. *(signature)* (Osorio – PhD – Inventor)

200 Blvd. Media Luna, Apt-1104, Alturas del Parque
Carolina, P.R. 00987
TELF - 939-304-7880

2