**MOTION FOR JUDGEMENT OF ABSENCY OF RESPONSE (RULE 12) TO THE PLAINTIFF COMPLAINT BY THOMAS BRAVO L.P. AND APPLE CORPORATION.**

Federal Matter- Intellectual Property Infringement-Copyright and Patents

CASE-3:23-cv-01397-ADC

Plaintiff PROSE: Evelyn Laureano Osorio, Carolina 00987, Puerto Rico

Defendants: THALES USA, Inc and Thales SA Inc, Dassault Aviation, Thoma Bravo L.P., Government of Puerto Rico, and the APPLE CORPORATION and et. al.

**March 22, 2024**

This motion has the following purposes:

First, to inform the Hon. Federal Court of Puerto Rico D-1 Thomas Bravo L.P. **(docket # 68)** did not comply with FRCP **(Rule 12)** to response the Complaint by the Plaintiff **due by 03/19/2024**, no order to specify a different time or extension of time was not accepted by the Court.

Second, to inform the Honorable Federal Court of Puerto Rico and Hon. Aida Delgado Colon Apple Corporation do not response the Complaint at extension of time **(docket #48)** which expired on **March 22, 2024**, as states in **(docket #55)** Order by Judge signed on February 16,2024.

The Plaintiff would like to ask the Court for the corresponding Rule application.

I believe in God and the Justice.
Evelyn Laureano Osorio-Plaintiff