# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**EVELYN LAUREANO-OSORIO,**
    Plaintiff,

    v.

**THALES DIS USA, INC., et al.,**
    Defendant.

**Civil No. 23-1397 (ADC)**

## JUDGMENT

The Court, through the Honorable Aida M. Delgado-Colón, U.S. District Judge, issued its Opinion and Order on February 28, 2025, at Docket No. 126.

Therefore, pursuant to the Court's Order, Judgment is hereby entered accordingly.

The case is **HEREBY DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED AND ADJUDGED**.

In San Juan, Puerto Rico, on this 25th day of March 2025.

    ADA I. GARCIA-RIVERA, CPA, ESQ.
    Clerk of the Court

    By: *S/Verónica S. Otero-Rivera*
        Verónica S. Otero-Rivera
        Courtroom Deputy Clerk